GARY R. SELVIN [Bar No.: 112030]
MARK E. INBODY [Bar No.: 180862]
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, California 94612
Telephone:  (510) 874-1811
Facsimile:   (510) 465-8976

Attorneys for Defendant,
ATLANTIC MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE,<br><br>            Plaintiff,<br><br>vs.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY; and Does 1 to 10, Inclusive,<br><br>            Defendant. | CASE NO.:  3:06-CV-04573-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE PLEADINGS** |

      Plaintiff Truck Insurance Exchange ("Truck") and defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") hereby stipulate that Truck be permitted to file an amended complaint against Atlantic Mutual without the necessity of filing a motion, and that Atlantic Mutual be permitted to file a counterclaim against Truck without the necessity of filing a motion.

///

Dated: 3/9/07

Haight, Brown & Bonesteel, LLP

By: /s/ S.N.
Robert N. Schiff
Lorraine A. Barrabee
Scott M. Bloom
Attorneys for Plaintiff
Truck Insurance Exchange

Dated: March 9, 2007

Selvin Wraith Halman LLP

By: /s/
Gary R. Selvin
Mark E. Inbody
Attorneys for Defendant
Atlantic Mutual Insurance Company

### ORDER

The Court hereby ORDERS that the parties be permitted to file and serve the pleadings above without the necessity of formal motions.

DATED: March 15, 2007

The Honorable Charles R. Breyer
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2