IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INS. EXCHANGE,<br><br>    Plaintiff,<br><br>  v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>    Defendant.<br>_____ / | No. C 06-04573 CRB<br><br>**ORDER** |

    The Court is in receipt of defendant's "Notice of Related Case and Request for Stay." If defendant wishes to move the Court for a stay of this action it must file a noticed motion pursuant to Civil Local Rules 7-1 through 7-5.

**IT IS SO ORDERED.**

Dated: April 17, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4573\orderrestay1.wpd