Robert N. Schiff (Bar No. 56072)
Lorraine A. Barrabee (Bar No. 136300)
HAIGHT, BROWN & BONESTEEL, LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiff
Truck Insurance Exchange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY; and Does 1-10, Inclusive,<br><br>Defendants. | Case No. 3:06-CV-04573-CRB<br><br>**STIPULATION TO CONTINUE HEARING DATE AND ~~PROPOSED~~ ORDER**<br><br>Date: July 13, 2007<br>Time: 10:00 a.m.<br>Dept: 8<br>Judge: Hon. Charles R. Breyer |

Plaintiff, TRUCK INSURANCE EXCHANGE (hereinafter "Truck") and Defendant ATLANTIC MUTUAL INSURANCE COMPANY (hereinafter "Atlantic Mutual") (hereinafter collectively referred to as "the parties") agree and stipulate to continue the hearing date for Atlantic Mutual's recently filed Motion to Compel Joinder from July 6, 2007 to July 13, 2007. The parties also agree and stipulate that the dates for filing opposition and reply papers be continued and scheduled in accordance with the new hearing date.

The parties submit that good cause exists for this brief continuance in that the scheduled hearing date conflicts with another matter on Truck's counsel's calendar and a scheduled vacation. A brief continuance of the hearing date and attendant filing deadlines

///

///

for the opposition and reply papers will allow Truck's counsel to attend the hearing and prepare the opposition papers.

Dated: May 29, 2007

HAIGHT BROWN & BONESTEEL LLP

By: ______________________________
Robert N. Schiff
Lorraine A. Barrabee
Attorneys for Plaintiff,
TRUCK INSURANCE EXCHANGE

Dated: May 30, 2007

SELVIN WRAITH HALMAN LLP

By: ______________________________
Gary Selvin
Mark Inbody
Attorneys for Defendant
ATLANTIC MUTUAL INSURANCE COMPANY

# [~~PROPOSED~~] ORDER

After consideration of the above Stipulation, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED:

That the parties requested continuance is granted and the hearing date be continued from July 6, 2007 to July 13, 2007 and the attendant briefing schedules be modified in accordance with the new hearing date.

Dated: June 1, 2007

Charles R. Breyer
Judge, United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

3

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

F185-0000008
3260916.1

STIPULATION TO CONTINUE HEARING DATE AND PROPOSED ORDER