IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Atlantic Mutual Insurance Corp., | NO. C 07-06365-JW |
| Plaintiff, | NO. C 06-04573-CRB |
| v. | **ORDER DENYING RELATED CASE;** |
| Norman S. Wright Mechanical Equipment Corp., et al., | **ORDER REFERRING CASE TO JUDGE BREYER TO CONSIDER WHETHER CASES ARE RELATED** |
| Defendants. | |

On December 17, 2007, Atlantic Mutual Insurance Corp. ("Plaintiff") filed this coverage action against Defendants. (Docket Item No. 1.) On February 19, 2008, Plaintiff filed a Notice of Pendency of Other Actions or Proceedings. (Docket Item No. 16.) The earliest of these proceedings is <u>Advanced Microtherm. Inc. v. Norman Wright Mechanical Equipment Corp., et al.</u>, No. C 04-02266. However, that case is the underlying case for which coverage was sought.

Under Civ. L.R. 3-12(a), cases are related if: 1) they "concern substantially the same parties, property, transaction, or events" and 2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

A duty to defend coverage dispute and the underlying case are not related within the meaning of Civ. L.R. 3-12 (a). In addition, the Court need not "relate" a case that has already been assigned to the Court. However, the more recently filed case is also a coverage dispute involving the issue of the duty to defend in the underlying case.

Accordingly, the Court, *sua sponte*, refers this case to Judge Breyer pursuant to Civil Local Rule 3-12 (c) to consider whether this case and <u>Truck Insurance Exchange v. Atlantic Mutual Insurance Company</u>, No. C 06-04573 CRB, should be related.[1]

Dated: February 29, 2008

JAMES WARE
United States District Judge

---

[1] The Court notes that Judge Breyer had administratively closed C 06-04573 pending resolution of the state action. The new duty to defend action, C 07-06365, is the state action that has been removed to this Court.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

minbody@selvinwraith.com
gselvin@selvinwraith.com


**Dated: February 29, 2008**         **Richard W. Wieking, Clerk**

                                     **By:   /s/ JW Chambers**
                                            **Elizabeth Garcia**
                                            **Courtroom Deputy**