IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INS. EXCHANGE, | No. C 06-04573 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ATLANTIC MUTUAL INS. CO., | |
| Defendant. | |

The Court has determined that <u>Atlantic Mutual Insurance Company v. Norman Wright Mechanical Equipment Corporation et al.</u>, 07-6365 JW, is not related to this action. The later-filed action involves different parties and a coverage issue unrelated to the coverage issues in this lawsuit.

**IT IS SO ORDERED.**

Dated: March 12, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4573\orderdenyingrelatedcase.wpd