United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUCK INSURANCE EXCHANGE,

    Plaintiff(s),

vs.

ATLANTIC MUTUAL INSURANCE CO.,

    Defendant(s).
                                  /

No. C 06-4573 CRB (MEJ)

**ORDER SCHEDULING DISCOVERY HEARING**

     Pending before the Court is the parties' joint discovery dispute letter regarding Plaintiff's motion to compel the production of certain documents from Defendant. (Dkt. #38.) The Court finds a hearing necessary and hereby ORDERS the parties to appear for a discovery hearing on March 12, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 23, 2009

                                          MARIA-ELENA JAMES
                                          United States Magistrate Judge