1  Dean B. Herman (State Bar No. 76752)
   Hee Young Lee (State Bar No. 207295)
2  MENDES & MOUNT, LLP
   445 South Figueroa Street, 38th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 955-7700
4  Facsimile: (213) 955-7725
   E-mail: dean.herman@mendes.com
5          heeyoung.lee@mendes.com

6  Attorneys for Plaintiff
   TRUCK INSURANCE EXCHANGE
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 TRUCK INSURANCE EXCHANGE,           ) Case No.: C 06-4573-CRB
                                       )
11              Plaintiff,             ) [Assigned to the Honorable Charles R. Breyer]
                                       )
12        vs.                          )
                                       ) SUBSTITUTION OF COUNSEL
13 ATLANTIC MUTUAL INSURANCE           )
   COMPANY; and Does 1-10, Inclusive,  )
14                                     )
                Defendants.            )
15 _____)

16

17      TO THE COURT AND THE PARTIES AND THEIR ATTORNEYS OF RECORD

18 HEREIN:

19      PLEASE TAKE NOTICE THAT as of February 27, 2009 Plaintiff Truck Insurance

20 Exchange hereby substituted Mendes & Mount as its attorneys of record in place of Haight,

21 Brown & Bonesteel, LLP, 71 Stevenson Street, 20th Floor, San Francisco, California 94105-

22 2981; telephone number (415) 546-7500; and facsimile number (415) 546-7505.

23      All orders, pleadings and notices should be henceforth served on Dean B. Herman and

24 Hee Young Lee at Mendes & Mount, 445 South Figueroa Street, 38th Floor, Los Angeles, CA

25 90071; telephone number (213) 955-7700; facsimile number (213) 955-7725; and e-mail

26 dean.herman@mendes.com and heeyoung.lee@mendes.com.

27

| | | |
|---|---|---|
| 1 | Dated: March 9, 2009 | MENDES & MOUNT, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Dean B. Herman |
| | | Hee Young Lee |
| 5 | | Attorneys for Plaintiff |
| | | TRUCK INSURANCE EXCHANGE |
| 6 | | |
| 7 | We consent to the above substitution of counsel. | |
| 8 | Dated: March 9, 2009 | HAIGHT BROWN & BONESTEEL LLP |
| 9 | | |
| 10 | | By: _____ |
| | | Robert N. Schiff |
| 11 | | David W. Evans |
| | | Lorraine A. Barrabee |
| 12 | | |
| 13 | | |
| 14 | I consent to the above substitution of counsel. | |
| 15 | Dated: March 10, 2009 | TRUCK INSURANCE EXCHANGE |
| 16 | | |
| 17 | | By: _____ |
| | | Lisa C. Ross |
| 18 | | Senior General Claims Adjuster |

**IT IS SO ORDERED**
Judge Charles R. Breyer
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

SUBSTITUTION OF COUNSEL – Case No. C 06-4573-CRB
- 2 -