IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INS. EXCHANGE,<br><br>  Plaintiff,<br><br>  v.<br><br>ATLANTIC MUTUAL INS. CO.,<br><br>  Defendant. | No. C 06-04573 CRB<br><br>**ORDER** |

Truck Insurance Exchange's ex parte application to continue the cross-motions for summary adjudication is DENIED in part. Truck Insurance Exchange may supplement its opposition to Atlantic Mutual's summary judgment motion with any relevant documents produced after it filed its opposition (or produced before the opposition was filed, but after the documents could realistically be incorporated into the opposition).

**IT IS SO ORDERED.**

Dated: March 25, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4573\orderreexparte.wpd