IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE,<br><br>    Plaintiff,<br><br>  v.<br><br>ATLANTIC MUTUAL INS. CO.,<br><br>    Defendant.<br>_____/ | No. C 06-04573 CRB<br><br>**ORDER RE PENDING CASES** |

In light of the Court's discovery that plaintiff is not a California corporation as represented by defendant in its removal papers, the Court issued an order to show cause as to how this Court has subject matter jurisdiction. In response, the parties concede that this nearly three-years old action was improperly removed.

Accordingly, on or before noon on Thursday, April 16, 2009, plaintiff Truck Insurance Exchange shall file a declaration with the Court that identifies each and every case currently pending in federal district or appellate court in which it is a party and subject matter jurisdiction is purportedly based on diversity jurisdiction. At the hearing on April 17, 2009, Truck should be prepared to address whether the Court should require it to file a declaration

//

//

//

**United States District Court**
For the Northern District of California

1 | that discloses its true citizenship in each of the currently pending diversity cases.

2 | **IT IS SO ORDERED.**

3 |

4 | Dated: April 13, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4573\orderrependingcases.wpd                 2