IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE, | No. C 06-04573 CRB |
| Plaintiff, | **ORDER OF REMAND** |
| v. | |
| ATLANTIC MUTUAL INS. CO., | |
| Defendant. | |

As the parties concede that this case was improperly removed to this Court and that this Court does not have subject matter jurisdiction, the action is REMANDED to San Francisco Superior court. Truck Insurance Exchange shall file declarations as ordered by the Court at oral argument on April 17, 2009.

**IT IS SO ORDERED.**

Dated: April 17, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4573\orderofremand.wpd